U.S. Department of Justice  
Washington, D.C.  
04/08/19/lf

Criminal Docket

M-19-0777-M

| | |
|---|---|
| McALLEN Division | CR. No. **M-19-0522-S1** |
| **INDICTMENT** Filed: March 26, 2019 | |
| **SUPERSEDING INDICTMENT** Filed: April 9, 2019 | Judge: **MICAELA ALVAREZ** |
| County: Hidalgo | |
| Lions #: 2019R12111 | Attorneys: |
| UNITED STATES OF AMERICA | RYAN K. PATRICK, UNITED STATES ATTORNEY |
| v. | ROBERTO LOPEZ, JR., ASST. U.S. ATTORNEY |
| RICARDO QUINTANILLA also known as "Richard" *Bonded: 4/1/19 $50,000.00 Unsecured* | Cts. 1-8, 11-19, 47 — Robert Steindel, Ret'd, (956) 381-0939 |
| JOHN F. CUELLAR *Bonded: 4/8/19 $75,000.00* | Cts.1-7, 10-11, 20-46, 48-74 Ricardo Montalvo, Ret'd, (956) 661-8000 |
| ARTURO C. CUELLAR, JR. also known as "AC" *Bonded: 4/8/19 $75,000.00* | Cts. 1-7, 9, 11, 20-46, 48-74 Carlos A. Garcia, Ret'd, (956) 584-1448 |
| DANIEL J. GARCIA *Bonded: 4/8/19 $75,000.00* | Cts. 1 – 7, 11 — G. Allen Ramirez, Ret'd, (956) 487-4585 |

**Charge(s):**

| | |
|---|---|
| Ct. 1: | Conspiracy to Commit Honest Services Wire Fraud |
| | Title 18, United States Code, Sections 1343, 1346, and 1349 |
| Cts. 2-7: | Honest Services Wire Fraud |
| | Title 18, United States Code, Sections 1343, 1346, and 2 |
| Cts. 8 & 9: | Federal Program Bribery |
| | Title 18, United States Code, Sections 666(a)(2) and 2 |
| Ct. 10: | Federal Program Bribery |
| | Title 18, United States Code, Sections 666(a)(1)(B) and 2 |
| Ct. 11: | Conspiracy to Launder Monetary Instruments |
| | Title 18, United States Code, Section 1956(h) |
| Cts. 12-19: | Money Laundering |
| | Title 18, United States Code, Section 1956(a) |
| Cts. 20-46: | Money Laundering |
| | Title 18, United States Code, Section 1956(a) and 2 |
| Ct. 47: | Travel Act |
| | Title 18, United States Code, Sections 1952(a)(3) |
| Cts. 48-74: | Travel Act |
| | Title 18, United States Code, Sections 1952(a)(3) and 2 |

Total Counts **(74)**

**Penalty:**

| | |
|---|---|
| Cts.1-7, 11-46: | Imprisonment for not more than 20 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT (as to each count) |
| Cts. 8 - 10: | Imprisonment for not more than 10 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT |
| Cts. 47-74: | Imprisonment for not more than 5 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT |

**Agency:** Federal Bureau of Investigation - Jason Malkiewicz - 194B-SA-2052028  
Internal Revenue Service - Sonia Hurtado - 1000283338