| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

# Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:19-cr-522 |
|---|---|---|---|

| United States of America |
|---|
| *versus* |
| Ricardo Quintanilla, et. al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Marco A. Palmieri<br>United States Department of Justice<br>Public Integrity Section<br>1331 F Street, NW, Suite 300<br>Washington, DC 20004<br>(202) 307-1475 (o) \| marco.palmieri@usdoj.gov<br>D.C. Bar. No. 981788 |
|---|---|

| Name of party applicant seeks to appear for: | United States of America |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/9/2020 | Signed: *Marco A. Palmieri* |
|---|---|

The state bar reports that the applicant's status is:

Dated:              Clerk's signature

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                United States District Judge