UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

UNITED STATES OF AMERICA

v.  Case Number: 7:19–cr–00522

Daniel J. Garcia

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Micaela Alvarez

**PLACE:**

Bentsen Tower
1701 W. Hwy. 83
McAllen, Texas 78501

**DATE:**  2/5/2020

**TIME:**  03:00 PM

**TYPE OF PROCEEDING:**  Motion Hearing


Date:   January 24, 2020

David J. Bradley, Clerk