United States District Court
Southern District of Texas
FILED

JAN 23 2020

David J. Bradley, Clerk

United States District Court
Southern District of Texas

**ENTERED**
January 24, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:19-CR-522-3,4 |
| | § | |
| ARTURO C. CUELLAR, JR; | § | |
| DANIEL J. GARCIA | § | |
| | § | |

## ORDER

Came on to be considered Arturo C. Cuellar, Jr's "Unopposed Motion to Continue" [*Dkt. No. 140*][1]. Defendant seeks additional time as discovery is ongoing and to review discovery that was recently received from the Government. The Court, after considering same, finds that the failure to grant the motion would likely make a continuation of such proceeding impossible or result in a miscarriage of justice and, consequently, finds that the ends of justice served by granting such continuance outweigh the best interest of the public and the defendant in a speedy trial.

It is therefore, ORDERED that the motion is hereby **GRANTED** and this case is continued for the reasons stated above.

It is further ORDERED that the Final Pretrial previously set for February 4, 2020, at 9:00 a.m. is hereby reset for ***July 2, 2020, at 9:00 a.m.*** and Jury Selection previously set for February 6, 2020 at 9:00 a.m. is hereby reset for ***July 7, 2020, at 9:00 a.m.*** in the Ninth Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83 McAllen, Texas.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 23rd day of January, 2020.

_____
Micaela Alvarez
United States District Judge

---

[1] Defendant states in his motion that counsel for co-defendant John Cuellar is unopposed and would join the motion to continue final pretrial and trial, however, co-defendant John Cuellar is set for sentencing.