United States District Court
Southern District of Texas
**ENTERED**
May 26, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL ACTION NO. 7:19-CR-00522-4 |
| DANIEL J. GARCIA | § § | |

## AMENDED ORDER

On May 21, 2020, the Court issued an Order that counsel submit a brief explaining his failure to comply with the Courts discovery order by May 5, 2020. The Court hereby corrects that order to reflect a submission date of **June 5, 2020**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 26th day of May, 2020.

_____
Micaela Alvarez
United States District Judge