UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNTED STATES OF AMERICA | § | UNDER SEAL |
| | § | |
| v. | § | CRIMINAL NO. M-19-CR-522:4 |
| | § | |
| DANIEL J. GARCIA, | § | |
| | § | |
| Defendant. | § | |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE REPLY
TO COUNSEL'S RESPONSE TO COURT'S ORDER OF MAY 20, 2020**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the United States Attorney for the Southern District of Texas and the Chief of the Public Integrity Section of the Criminal Division of the Department of Justice and respectfully requests leave to file a Reply to Counsel's Response to Court's Order of May 20, 2020 [Dkt. 183] (the "Response"). The government submits that the Response contains several inaccurate representations which are likely to be material to this Court's decision on its Order to Show Cause [Dkt. 178] as well as other matters in this case, and which the government intends to correct.

Respectfully submitted,

| | |
|---|---|
| RYAN K. PATRICK | COREY R. AMUNDSON |
| United States Attorney | Chief, Public Integrity Section |
| | |
| */s/ Roberto Lopez, Jr.* | */s/ Peter M. Nothstein* |
| Roberto Lopez, Jr. | Peter M. Nothstein |
| Assistant United States Attorney | Marco A. Palmieri |
| State Bar No. 24074617 | Senior Litigation Counsel |
| 1701 West Business 83, Suite 600 | Public Integrity Section, Criminal Division |
| McAllen, Texas 78501 | Email: Peter.Nothstein@usdoj.gov |
| Phone:  956-618-8010 | Email: Marco.Palmieri@usdoj.gov |
| Fax:      956-618-8009 | (202) 514-1412 |

IT IS SO **ORDERED**.

DONE in McAllen, Texas on _____, 20___.

                                                _____
                                                HONORABLE MICAELA ALVAREZ
                                                UNITED STATES DISTRICT JUDGE
                                                SOUTHERN DISTRICT OF TEXAS

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of June, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will, in turn, send notification of said filing to all counsel of record through the CM/ECF System.

*/s/ Peter M. Nothstein*
Peter M. Nothstein
Senior Litigation Counsel
Public Integrity Section