United States District Court
Southern District of Texas
**ENTERED**
June 10, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:19-CR-522-1,3,4 |
| | § | |
| RICARDO QUINTANILLA; | § | |
| ARTURO C. CUELLAR; | § | |
| DANIEL J. GARCIA; | § | |

## ORDER

Came on to be considered the Government's "Joint Motion for Continuance" [*Dkt. No. 184*]. The Court, after considering same, finds that the failure to grant the motion for continuance would likely make a continuation of such proceeding impossible or result in a miscarriage of justice and, consequently, finds that the ends of justice served by granting such continuance outweigh the best interest of the public and the defendants in a speedy trial.

It is therefore, ORDERED that the motion is hereby **GRANTED** and this case is continued for the reasons stated above.

It is further ORDERED that the Final Pretrial previously set for July 2, 2020, at 9:00 a.m. is hereby reset for ***December 2, 2020, at 9:00 a.m.*** and Jury Selection previously set for July 7, 2020, at 9:00 a.m. is hereby reset for ***December 4, 2020, at 9:00 a.m.*** in the Ninth Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83 McAllen, Texas.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 9th day of June, 2020.

_____
Micaela Alvarez
United States District