UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNTED STATES OF AMERICA § | |
| § | |
| v.  § | CRIMINAL NO. M-19-CR-522 |
| § | |
| RICARDO QUINTANILLA, *et al.*, § | |
| § | |
| Defendants. § | |

**UNOPPOSED MOTION FOR LEAVE TO PARTICIPATE IN
THE JUNE 16, 2020 STATUS HEARING VIA VIDEOCONFERENCE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the United States Attorney for the Southern District of Texas and the Chief of the Public Integrity Section of the Criminal Division of the Department of Justice and respectfully requests leave for DOJ attorneys Peter M. Nothstein and Marco A. Palmieri to participate in the June 16, 2020 status conference remotely, and in support thereof hereby states the following.

1. On May 22, 2020, the government filed an Unopposed Motion for Status Hearing to "inquire regarding the Court's anticipated trial structure or proceedings, if any, in the event that the pandemic continues into June." Dkt. 180.

2. On May 27, 2020, this Court set a status hearing for June 16, 2020 at 11:00 am, and provided that defense counsel and the defendants have the option to appear by video conference or in person. Dkt. 182.

3. On June 1, 2020, the Judges of this Court issued Special Order M-2020-05 continuing all jury scheduled to begin before July 3, 2020. The order also provided that "[i]f any hearings are held [before July 3], the use of telephone or video conferencing in these proceedings

is encouraged when feasible, deemed appropriate by the presiding judge, and permitted by legal and technology constraints." *Id*. at 2.

4. On June 5, 2020, the parties jointly moved to continue the trial in this matter. Dkt. 184.

5. In order to participate in person, government counsel Peter M. Nothstein and Marco A. Palmieri, both of whom live in the Washington, D.C. area, would need to fly to McAllen and stay in a hotel for multiple nights, placing both attorneys at increased risk to contract COVID-19, as well as quarantine apart from their families for two weeks upon return to Washington.

6. For these reasons, DOJ attorneys Peter M. Nothstein and Marco A. Palmieri hereby request leave to participate in the June 16, 2020 by videoconference or telephone.

7. Counsel for all defendants have indicated that the do not oppose this motion.

Respectfully submitted,

| | |
|---|---|
| RYAN K. PATRICK<br>United States Attorney | COREY R. AMUNDSON<br>Chief, Public Integrity Section |
| */s/ Roberto Lopez, Jr.*<br>Roberto Lopez, Jr.<br>Assistant United States Attorney<br>State Bar No. 24074617<br>1701 West Business 83, Suite 600<br>McAllen, Texas 78501<br>Phone:  956-618-8010<br>Fax:     956-618-8009 | */s/ Peter M. Nothstein*<br>Peter M. Nothstein<br>Marco A. Palmieri<br>Senior Litigation Counsel<br>Public Integrity Section, Criminal Division<br>Email: Peter.Nothstein@usdoj.gov<br>Email: Marco.Palmieri@usdoj.gov<br>(202) 514-1412 |

IT IS SO **ORDERED**.

DONE in McAllen, Texas on _____, 20___.

_____
HONORABLE MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of June, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will, in turn, send notification of said filing to all counsel of record through the CM/ECF System.

*/s/ Peter M. Nothstein*
Peter M. Nothstein
Senior Litigation Counsel
Public Integrity Section