UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                      Case Number: 7:19–cr–00522

Ricardo Quintanilla
Arturo C. Cuellar
Daniel J. Garcia

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Micaela Alvarez

**PLACE:**

United States District Court
1701 W. Bus. Hwy. 83
McAllen, TX

**DATE:** 11/10/2020

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Status Conference

Date:   June 12, 2020

David J. Bradley, Clerk