Case 7:19-cr-00522   Document 197   Filed on 06/29/20 in TXSD   Page 1 of 1

