# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                              Case Number: 7:19–cr–00522

Ricardo Quintanilla
Arturo C. Cuellar
Daniel J. Garcia

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Micaela Alvarez

**PLACE:**
by video
United States District Court
1701 W. Bus. Hwy. 83
McAllen, TX

**DATE:** 11/10/2020

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date:   November 5, 2020

                                                                David J. Bradley, Clerk