United States District Court
Southern District of Texas
**ENTERED**
November 05, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CRIMINAL ACTION NO. 7:19-CR-00522-4 |
| DANIEL J. GARCIA | § | |

## ORDER

On this day came on to be considered the "Motion to Withdraw as Counsel" [*Dkt. No. 209*]. The Court, after duly considering said motion, finds that the motion should be and it is hereby **GRANTED**. Gocha Allen Ramirez is hereby permitted to *withdraw* as attorney-of-record for this Defendant, in this case. Further, Clay S. Conrad is hereby considered the attorney-in-charge as to Daniel J. Garcia in this cause.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 5th day of November, 2020.

_____
Micaela Alvarez
United States District Judge