United States District Court
Southern District of Texas
**ENTERED**
November 17, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL ACTION NO. 7:19-CR-522-1,3,4 |
| RICARDO QUINTANILLA;<br>ARTURO C. CUELLAR;<br>DANIEL J. GARCIA; | § § | |

## ORDER

Came on to be heard the Defendants "Joint Motion to Continue Pretrial and Trial" [*Dkt. No. 205*]. Defendants seek a continuance in light of the concerns regarding the COVID-19 pandemic, the complexity of this case, number of witnesses expected and expected duration of the trial. The Court, after hearing from all parties, finds that the failure to grant the motion for continuance would likely make a continuation of such proceeding impossible or result in a miscarriage of justice and, consequently, finds that the ends of justice served by granting such continuance outweigh the best interest of the public and the defendants in a speedy trial.

Furthermore, the Court **CANCELS** the final pretrial conference and jury selection dates and sets a status conference for **January 21, 2021 at 10:00 a.m.** At the time of the status conference, trial dates and any pretrial matters will be discussed.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 17th day of November, 2020.

Micaela Alvarez
United States District Judge