United States District Court
Southern District of Texas
**ENTERED**
March 25, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

UNITED STATES OF AMERICA,          §
                                   §
VS.                                §     CRIMINAL ACTION NO. 7:19-CR-00522-1,3,4
                                   §
RICARDO  QUINTANILLA;              §
ARTURO  CUELLAR, JR.;              §
DANIEL  GARCIA;                    §

## **ORDER**

The Court now considers Defendants' "Motion to Continue and Extend,"[1] "Corrected Motion to Advance Status Hearing,"[2] and "Agreed Joint Motion to Extend."[3] All motions address concerns regarding the March 26, 2021 pre-trial motion deadline in light of the April 1, 2021 status conference. The Court will address the request for continuance of the trial at the status conference, but now extends the pretrial motion deadline to **April 5, 2021**. The status conference remains set for **April 1, 2021**.

IT IS SO ORDERED

DONE at McAllen, Texas, this 25th day of March, 2021.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 231.
[2] Dkt. No. 233.
[3] Dkt. No. 234.