UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | |
| | § | 7:19-cr-0522 |
| RICARDO QUINTANILLA | § | |
| ARTURO CUELLAR, JR. | § | |
| DANIEL GARCIA | § | |

### DEFENDANT'S REPLY RE: MOTION TO CONTINUE AND EXTEND

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, DANIEL GARCIA, by and through his undersigned counsel, and respectfully files this reply to the government's response to his motion to continue and extend.

In its response, the government seems to ignore one of cited reasons for the requested continuance: the pandemic, and the resulting health risks and the challenges it poses to selecting a representative jury and holding a fair trial.

Instead, the government focuses only on the discovery issues and seeks to minimize them and the resulting need for more preparation time before trial. The government's piecemeal and recent discovery production can perhaps best be summarized in the below chart, prepared by codefendant's counsel Jaime Pena:

1

## Government Discovery Summary

| | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | | | ■ | 1 4/10/19 | | | 2 7/22/19 | 3 8/5/19 | | | | |
| 2020 | 4 1/14/20 | | | | 5 5/13/20 6 5/28/20 | 7 6/26/20 | | 8 7/21/20 | | 9 10/21/20 | | |
| 2021 | | 11 2/22/21 | 11 3/23/21 12 3/26/21 | ★ | | | | | | | | |

As illustrated by the chart, there have been two discovery productions in the last week. The most recent one was mailed out on Friday March 26, 2021, and based on the Bates numbers referenced by the government, is expected to consist of almost one thousand pages—992 pages to be exact. While the defense appreciates the government's continuing efforts to meet its discovery obligations, the receipt of almost 1,000 pages of additional discovery less than one month before trial and about a week before the extended deadline for defense motions and exhibit/witness lists will surely require more time for the defense to adequately prepare motions and any exhibit/witness list and to prepare for trial.

Accordingly, the defense respectfully requests that the final pretrial hearing and jury selection be continued and that its motions deadline and any associated deadlines (such as any exhibit/witness lists the defense may be required to file) be extended for at least 60 days.

Respectfully submitted,

*s/Christopher Sully*
CHRISTOPHER SULLY
Attorney-in-Charge
Texas State Bar No. 24072377
Southern District of Texas 1119552
Sully Law, PLLC
5804 N.23rd St.
McAllen, TX 78504
Tel.: (956) 413-7271
Fax: (888) 990-1525

**CERTIFICATE OF CONSULTATION**

As stated in the motion to continue and extend, the government is opposed to this motion, and codefendants' counsel Jaime Pena and Carlos Garcia joined this motion and reply.

*s/Christopher Sully*
CHRISTOPHER SULLY

**CERTIFICATE OF SERVICE**

On March 29, 2021, this reply was served on all counsel of record via ECF.

*s/Christopher Sully*
CHRISTOPHER SULLY