United States District Court
Southern District of Texas
**ENTERED**
April 28, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 7:19-CR-522 |
| § | |
| RICARDO QUINTANILLA, *et al*, § | |
| § | |
| Defendants. § | |

# **ORDER**

The Court now considers the Government's Motion for Evidentiary Rulings in Deposition Testimony of Elizabeth Walker[1] filed on April 11, 2021. The ten-day response deadline[2] has elapsed and no Defendant has filed a response. The Court, having considered the Government's motion, the record before the Court, and the applicable law rules as follows:

Objections 1 – 10: Weslaco City Commission Meeting Minutes – the hearsay, hearsay within hearsay and Confrontation Clause objections are each overruled;

Objection 11 – Communication with Juan Guerra – the hearsay and Confrontation Clause objections are each overruled;

Objections 12 – 13: LeFevre conversation – the hearsay and Confrontation Clause objections are overruled;

Objection 14: Form/Leading – the objection is overruled;

Objection 15: Form/Speculation – the objection is sustained;

Objection 16: Relevance – the objection is overruled;

Objection 17: Relevance – the objection is sustained;

Objection 18: Relevance – the objection is sustained;

Objection 19: Argumentative – the objection is sustained;[3]

Objection 20: Argumentative – the objection is sustained; and

---

[1] Dkt. No. 248.

[2] See Dkt. No. 254. (Transcript of hearing held on April 1, 2021, wherein the Court set the ten-day response deadline.)

[3] The Court notes that part of the witness' response is "No, sir. He was a member of the Weslaco City Commission." (Dkt. No. 248-1, transcript pg. 180:22-23.) The Court's ruling is based, at least in part, on its understanding that Defendant Arturo Cuellar was **not** a City Commissioner, but rather a County Commissioner.

Objection 21: Argumentative – the objections is sustained.

    IT IS SO ORDERED.

    DONE at McAllen, Texas, this 28th day of April, 2021.

                                                        _____
                                                         Micaela Alvarez
                                                         United States District Judge