United States District Court
Southern District of Texas
**ENTERED**
May 27, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:19-CR-00522-4 |
| | § | |
| DANIEL J. GARCIA | § | |

## ORDER

The Court now considers "Defendant's Motion to Reconsider or Clarify Order on 'Government's Motion in Limine to Exclude Hearsay Statements, and in the Alternative, to Admit Proffered Statements of Defendant Daniel J. Garcia.'"[1] The Court notes that the ten-day response deadline for motions filed was clearly stated at the hearing held on April 1, 2021.[2] Thus, Defendant's motion to reconsider or clarify order is **DENIED**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 27th day of May, 2021.

Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 261.
[2] *See* Dkt. No. 254 at 36.