## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | 7:19-cr-522-S1-4 |
| DANIEL J. GARCIA | § | |

**DEFENDANT'S MOTION TO WITHDRAW MOTION TO STRIKE SURPLUSAGE**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant DANIEL J. GARCIA, by and through his undersigned counsel, and respectfully moves to withdraw his motion to strike surplusage (D.E. 272).

Respectfully submitted,

*s/Christopher Sully*
CHRISTOPHER SULLY
Attorney-in-Charge
Counsel for Daniel Garcia
Southern District of Texas 1119552
Texas State Bar No. 24072377
LAW OFFICE OF CHRIS SULLY
5804 N. 23rd St.
McAllen, TX 78504
Tel.: (956) 413-7271
Fax: (888) 990-1525
csully@sullylaw.com

**CERTIFICATE OF CONSULTATION**

The government is unopposed to this motion.

*s/Christopher Sully*
CHRISTOPHER SULLY

**CERTIFICATE OF SERVICE**

On June 21, 2021, this motion was served on all counsel of record via ECF.

<u>*s/Christopher Sully*</u><br>
CHRISTOPHER SULLY