UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| **UNTED STATES OF AMERICA** | § § § | |
| v. | § § | **CRIMINAL NO. 19-CR-522** |
| **RICARD QUINTANILLA**, *et al.* | § § § | |
| Defendants. | § | |

## GOVERNMENT'S UNOPPOSED MOTION FOR STATUS HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the United States Attorney for the Southern District of Texas and the Chief of the Public Integrity Section of the Criminal Division of the Department of Justice and respectfully moves the Court to set a status hearing in the above-captioned matter. Counsel for all defendants have advised that they do not oppose this Motion.

This matter is presently set for jury selection on September 8, 2021 and for the trial to commence on September 13, 2021. As this Court is aware, the incidence of COVID-19 has increased in the McAllen area and much of the country as of late, which may impact the timing and manner of this trial. The parties have conferred and all agree to request a status conference to discuss this matter with the Court so as to allow ample time for the parties to discuss with the Court how to proceed safely and efficiently. The parties also jointly agreed to request that the status hearing be held via telephone or video teleconference due to the upswing in COVID-19 infection rates.

Due to the proximity to trial, the parties request that the status conference be held at the earliest convenience of the Court.

Respectfully submitted,

| | |
|---|---|
| JENNIFER LOWERY<br>Acting United States Attorney | COREY R. AMUNDSON<br>Chief, Public Integrity Section |
| */s/ Roberto Lopez, Jr.*<br>Roberto Lopez, Jr.<br>Assistant United States Attorney<br>State Bar No. 24074617<br>1701 West Business 83, Suite 600<br>McAllen, Texas 78501<br>Phone:   956-618-8010<br>Fax:      956-618-8009 | */s/ Peter M. Nothstein*<br>Peter M. Nothstein<br>Deputy Chief<br>Erica O. Waymack<br>Trial Attorney<br>Public Integrity Section, Criminal Division<br>Email: Peter.Nothstein@usdoj.gov<br>Email: Erica.O'Brien.Waymack@usdoj.gov<br>(202) 514-1412 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will, in turn, send notification of said filing to all counsel of record through the CM/ECF System.

*/s/ Peter M. Nothstein*
Peter M. Nothstein
Deputy Chief
Public Integrity Section