United States District Court
Southern District of Texas
**ENTERED**
September 08, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:19-CR-522 |
| | § | |
| RICARDO QUINTANILLA, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court now considers the *Government's Supplemental Motion for Evidentiary Rulings in Deposition Testimony of Elizabeth Walker*.[1] No Defendant has filed a response. Based upon a review of the evidence submitted, the Court **GRANTS** the motion. Accordingly, Defendant Arturo C. Cuellar's objection to Government Exhibit 159, raised at the deposition of Elizabeth Walker is hereby **OVERRULED**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 8th day of September, 2021.

Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 292.