## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 7:19-cr-522-S1-4 |
| | § | |
| DANIEL J. GARCIA | § | |

### DEFENDANT'S RESPONSE TO GOVERNMENT'S REPLY RE: GOVERNMENT'S MOTION TO COMPEL RECIPROCAL RULE 16 DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant DANIEL J. GARCIA, by and through his undersigned counsel, and respectfully files this response to the government's reply re: the government's "Motion to Compel Reciprocal Rule 16 Discovery" (D.E. 316).

The defense has filed an amended trial exhibit list under seal and has provided copies of all exhibits to the government, except for exhibit H, the meeting minutes that the defense has not yet received.

Respectfully submitted,

*s/Christopher Sully*
CHRISTOPHER SULLY
Attorney-in-Charge
Counsel for Daniel Garcia
Southern District of Texas 1119552
Texas State Bar No. 24072377
LAW OFFICE OF CHRIS SULLY
5804 N. 23rd St.
McAllen, TX 78504
Tel.: (956) 413-7271
Fax: (888) 990-1525
csully@sullylaw.com

### CERTIFICATE OF SERVICE

On November 23, 2021, this response was served on all counsel of record via ECF.

*s/Christopher Sully*
CHRISTOPHER SULLY
